# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE TIMOTHY C. STANCEU, JUDGE

|  |  |
|---|---|
| CELIK HALAT VE TEL SANAYI A.S., </br></br>       Plaintiff, </br></br>  v. </br></br>UNITED STATES, </br></br>       Defendant, </br></br>  and </br></br>INSTEEL WIRE PRODUCTS COMPANY, SUMIDEN WIRE PRODUCTS CORPORATION, AND WIRE MESH CORP., </br></br>       Defendant-Intervenors. | Court No. 21-00050 |

## DEFENDANT'S RESPONSE TO DEFENDANT-INTERVENORS' COMMENTS ON REMAND RESULTS

Defendant, the United States, respectfully requests that this Court sustain the United States Department of Commerce's remand results and enter judgment in favor of the United States.  *See* Final Results of Remand Redetermination (April 15, 2022), ECF No. 34.

In its remand order, the Court directed Commerce to determine "a new estimated {countervailing duty} subsidy rate for Celik Halat that does not resort to 19 U.S.C. § 1677e with respect to the filing of the response to the Initial Questionnaire…."  *See* Order, ECF No. 30, Slip op. 22-13 (Feb. 15, 2022) at p. 37.

Commerce has fully complied with the remand order.  As instructed, on remand, Commerce reopened the record for Celik Halat to submit its response to the initial questionnaire,

and for other interested parties to submit factual information to rebut, clarify, or correct this information. Commerce obtained plaintiff's questionnaire responses and comments from interested parties. Based upon the information received, Commerce then recalculated Celik Halat's estimated net subsidy rate to be 2.96 percent. *See* Final Results of Remand Redetermination, ECF No. 34 at 48. Commerce also revised the all-others rate to be 16.87 percent. *Id.* at 49.

No party filed comments opposing the remand results. Indeed, the only parties to comment, defendant-intervenors Insteel Wire Products Company, Sumiden Wire Product Corporation, and Wire Mesh Corp., commented in support of Commerce's remand redetermination and have requested that the Court sustain Commerce's remand redetermination "in its entirety." Def.-Intervenor's Comments on Remand Results at 29, ECF Nos. 36 and 37.

For these reasons, we respectfully request that the Court sustain Commerce's remand results and enter final judgment in favor of the United States.

                Respectfully submitted,

                BRIAN M. BOYNTON
                Principal Deputy Assistant Attorney General

                PATRICIA M. McCARTHY
                Director

                /s/ Tara K. Hogan
                TARA K. HOGAN
                Assistant Director

| | |
|---|---|
| OF COUNSEL:<br>Elio Gonzalez<br>Senior Attorney<br>U.S. Department of Commerce<br>Office of the Chief Counsel For Trade<br>    Enforcement and Compliance<br>1401 Constitution Avenue, NW<br>Washington, D.C. 20230<br>Tel: (202) 482-3765<br>Email:  Elio.Gonzalez@trade.gov<br><br>May 16, 2022 | /s/Miles K. Karson<br>MILES K. KARSON<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington D.C. 20044<br>Tel: (202) 307-0309<br>Email:  Miles.Karson@usdoj.gov<br><br>Attorneys for Defendant |

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| CELIK HALAT VE TEL SANAYI A.S., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | Court No. 21-00050 |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| INSTEEL WIRE PRODUCTS COMPANY, ) | |
| SUMIDEN WIRE PRODUCTS ) | |
| CORPORATION, AND WIRE MESH CORP., ) | |
| ) | |
| Defendant-Intervenors. ) | |

## ORDER

Upon consideration of the remand results filed by the United States Department of Commerce, it is hereby ORDERED, that:

The Department of Commerce's remand results are SUSTAINED;

and judgment is ENTERED on behalf of the Defendant, the United States.

Dated: _____, 2022             _____
                                                                                         JUDGE