Slip Op. No. 22-55

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CELIK HALAT VE TEL SANAYI A.S., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> INSTEEL WIRE PRODUCTS COMPANY, SUMIDEN WIRE PRODUCTS CORPORATION, AND WIRE MESH CORP., <br><br> Defendant-Intervenors. | Before: Timothy C. Stanceu, Judge <br><br> Court No. 21-00050 |

**JUDGMENT**

Before the court is the Redetermination Pursuant to Court Remand Order in *Celik Halat ve Tel Sanayi A.S. v. United States* (Apr. 15, 2022), ECF No. 34 ("Remand Redetermination"), which the International Trade Administration, U.S. Department of Commerce ("Commerce") issued in response to the court's Opinion and Order in *Celik Halat ve Tel Sanayi A.S. v. United States*, 46 CIT __, 557 F. Supp. 3d 1363 (2022).

Defendant-intervenors have commented in favor of the Remand Redetermination. Defendant-Intervenors' Comments in Support of Remand

Redetermination (May 5, 2022), ECF Nos. 36 (conf.), 37 (public).  Defendant United States has filed a response noting the favorable comments of defendant-intervenors and requests that the Court enter judgment sustaining the Remand Redetermination. Defendant's Response to Defendant-Intervenors' Comments on Remand Results (May 16, 2022), ECF No. 40.  Plaintiff did not submit comments to the court on the Remand Redetermination and, therefore, has raised no objection to this result.

The court has determined that the Remand Redetermination complies with the court's prior Opinion and Order.

Therefore, upon consideration of the Remand Redetermination and all other papers and proceedings herein, and upon due deliberation, it is hereby

**ORDERED** that plaintiff's Rule 56.2 Motion for Judgment on the Agency Record (May 28, 2021), ECF Nos. 19 (conf.), 20 (public), be, and hereby is granted; it is further

**ORDERED** that the Remand Redetermination be, and hereby is, sustained; it is further

**ORDERED** that Commerce, consistent with the Remand Redetermination, shall issue an amended final determination, and order revised cash deposit rates, on an expedited basis; and it is further

**ORDERED** that the entries of merchandise that are at issue in this litigation shall be liquidated in accordance with the final and conclusive court decision in this action.

/s/ Timothy C. Stanceu  
Timothy C. Stanceu, Judge

Dated: May 26, 2022  
   New York, New York